**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
DEPUTY EVAN VAUGHAN
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELSEY HENLE, | CASE NO. 2:22-CV-00596-KJM-JDP |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT DEPUTY EVAN VAUGHAN TO FILE RESPONSIVE PLEADING; ORDER** |
| v. | |
| COUNTY OF EL DORADO, DEPUTY EVAN VAUGHAN, DEPUTY MICHAEL JONES, DEPUTY AUSTIN RAMSEY and DOES 1 to 5, | Complaint Filed: 04/04/2022 |
| Defendants. | |
| / | |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff KELSEY HENLE and Defendant DEPUTY EVAN VAUGHAN, by and through their respective undersigned counsel that, pursuant to Local Rule 144, the time in which Defendant DEPUTY EVAN VAUGHAN may respond to Plaintiff's Complaint be extended to June 23, 2022.

**IT IS HEREBY STIPULATED.**

/ / /

/ / /

Dated: June 3, 2022　　　　　　　　　　　　LAW OFFICE OF ROBERT CHALFANT

　　　　　　　　　　　　　　　　　　　　　By  /s/Robert Chalfant (Authorized on 5/25/22)
　　　　　　　　　　　　　　　　　　　　　　　　Robert Chalfant
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: June 3, 2022　　　　　　　　　　　　PORTER SCOTT
　　　　　　　　　　　　　　　　　　　　　A PROFESSIONAL CORPORATION

　　　　　　　　　　　　　　　　　　　　　By  /s/Carl L. Fessenden
　　　　　　　　　　　　　　　　　　　　　　　　Carl L. Fessenden
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

## ORDER

Based on the stipulation of the parties, and good cause appearing, Defendant DEPUTY EVAN VAUGHAN's responsive pleading is due June 23, 2022.

　　　IT IS SO ORDERED.

DATED: June 3, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE