1  DERICK E. KONZ, SB No. 286902
     Email: dkonz@akk-law.com
2  DANIELLE J. WILLIAMS, SB No. 317229
     Email: dwilliams@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
   Attorneys at Law
4  601 University Avenue, Suite 150
   Sacramento, CA  95825
5  Telephone: (916) 564-6100
   Telecopier: (916) 564-6263
6
7
   Attorneys for Defendants COUNTY OF EL DORADO and DEPUTY MICHAEL JONES,
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| KELSEY HENLE, | ) Case No.: 2:22-CV-00596-KJM-JDP |
|---|---|
| Plaintiff, | ) **STIPULATION FOR SETTING OF** |
| vs. | ) **SETTLEMENT CONFERENCE AND** |
| | ) **ORDER** |
| COUNTY OF EL DORADO, EVAN VAUGHAN, MICHAEL JONES, AUSTIN RAMSEY. DOES 1-5 | ) |
| Defendant. | ) |

1   Pursuant to E.D. Cal. L.R. 270, the parties stipulate to and request referral to Honorable Magistrate Judge Kendall J. Newman for a settlement conference. The parties agree that a settlement conference shall be set on **February 21, 2023 at 9:30 AM**, before the Honorable Magistrate Judge Kendall J. Newman. The parties have reserved the agreed-upon date with Magistrate Judge Newman's Courtroom Deputy. Defendant County of El Dorado requests that the settlement conference be held in person.

   IT IS SO STIPULATED.

Dated: November 8, 2022                    ANGELO, KILDAY & KILDUFF, LLP

                                           *Danielle J. Williams*
                                           By:_____
                                               DERICK E. KONZ
                                               DANIELLE J. WILLIAMS
                                               Attorneys for Defendants COUNTY OF
                                               EL DORADO and DEPUTY MICHAEL
                                               JONES

Dated: November 8, 2022

                                           *Carl Fessenden*
                                           (As Authorized on 11/03/2022)
                                           By:_____
                                               CARL F. FESSENDEN
                                               Attorney for Defendant Evan Vaughan

Dated: November 8, 2022

                                           *Robert Chalfant*
                                           (As Authorized on 11/02/2022)
                                           By:_____
                                               ROBERT CHALFANT
                                               Attorney for Plaintiff

**ORDER**

The parties' stipulation is GRANTED.

A settlement conference shall be set on February 21, 2023 at 9:30 a.m., before the Honorable Magistrate Judge Kendall J. Newman.

IT IS SO ORDERED.

DATED: November 8, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE