1 ROBERT CHALFANT, (STATE BAR NO. 203051)
LAW OFFICE OF ROBERT CHALFANT
2 5701 Lonetree Blvd., Suite 312
3 Rocklin, California 95814
Telephone:     (916) 647-7728
4 Facsimile:      (916) 447-8336
E-Mail:            robert@rchalfant.com
5

6
   Attorney for Plaintiff
7   KELSEY HENLE

8 BRUCE KILDAY, S.B. #66415
Email: bkilday@akk-law.com
9 DERICK KONZ, S.B. #286902
Email: dkonz@akk-law.com
10 DANIELLE WILLIAMS, S.B. #317229
11 Email: dwilliams@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
12 601 University Ave, Suite 150
Sacramento, CA 95825
13 Telephone: (916) 564-6100
14 Facsimile: (916) 564-6263

15   Attorneys for Defendants
   COUNTY OF EL DORADO, MICHAEL
16   JONES.

17

18 UNITED STATES DISTRICT COURT

19 EASTERN DISTRICT OF CALIFORNIA

20 SACRAMENTO DIVISION

| | |
|---|---|
| KELSEY HENLE, | Case No. 2:22-cv-00596 KJM-JDP |
| Plaintiff, | **STIPULATED PROTECTIVE ORDER RE: PROTECTED HEALTH INFORMATION;** |
| vs. | **[PROPOSED] ORDER** |
| COUNTY OF EL DORADO, EVAN VAUGHAN, MICHAEL JONES, AUSTIN RAMSEY. DOES 1-5, | |
| Defendants. | |

1

## STIPULATION

Pursuant to Fed. R. Civ. P. 26(c), E.D. Cal. L.R. 141.1, and 45 C.F.R. § 164.512(e)(1)(v), the parties stipulate to the entry of a qualified protective order as follows:

1. The parties and their attorneys are authorized to receive, subpoena, and transmit "protected health information" pertaining to Kelsey Marie Henle, ~~and third-parties or non-parties to this action,~~ including but not limited to that which is contained in the records of the County of El Dorado, WellPath, Marshall Hospital (MMC) Placerville, CA, and UC DAVIS Health in Sacramento, CA, to the extent and subject to the conditions outlined herein.

2. For the purposes of this qualified protective order, "protected health information" shall have the same scope and definition as set forth in 45 C.F.R. § 160.103 and 164.501. Protected health information includes, but is not limited to, health information, including demographic information, relating to either: (a) the past, present, or future physical or mental condition of an individual; (b) the provision of care to an individual; or (c) the payment for care provided to an individual, which identifies the individual or which reasonably could be expected to identify the individual.

3. All "covered entities" (as defined by 45 C.F.R. § 160.103) are hereby authorized to disclose protected health information to attorneys representing Plaintiff and Defendants in the above-captioned litigation.

4. The parties and their attorneys shall be permitted to use or disclose the protected health information for purposes of prosecuting or defending this action including any appeals of this case. This includes, but is not necessarily limited to, disclosure to their attorneys, experts, consultants, court personnel, court reporters, copy services, trial consultants, and other entities or persons involved in the litigation process. Nothing in this section shall be construed to prohibit counsel in this matter from sharing information as permitted by law.

5. Prior to disclosing protected health information to persons involved in this litigation, counsel shall inform each such person that the protected health information may not be used or disclosed for any purpose other than this litigation. Counsel shall take all other reasonable steps to ensure that persons receiving the protected health information do not use or disclose such information for any

2

**STIPULATED PROTECTIVE ORDER RE: PROTECTED HEALTH INFORMATION**
*Henle v. County of El Dorado*, United States District Court, Eastern District of California, Case No. 2:22-cv-00596 KJM-JDP

1  purpose other than this litigation.

2  6. Within 45 days after the conclusion of the litigation including appeals, the parties, their attorneys, and any person or entity in possession of protected health information received from counsel pursuant to paragraph four of this Order, shall return the protected health information to the covered entity or destroy any and all copies of protected health information, except that counsel are not required to secure the return or destruction of protected health information submitted to the court.

7. This Order does not authorize either party to seal court filings or court proceedings. A party may seek permission from the Court to file protected health information under seal pursuant to E.D. Cal. L.R. 141.

IT IS SO STIPULATED.

Dated: August 30, 2022                          Respectfully Submitted,
                                                LAW OFFICE OF ROBERT CHALFANT


                                                    /s/Robert Chalfant
                                                By: _____
                                                    Robert Chalfant

                                                    Attorney for Plaintiff
                                                    KELSEY HENLE


Dated: August 30, 2022                          Respectfully Submitted,
                                                ANGELO, KILDAY & KILDUFF, LLP


                                                    /s/Danielle J. Williams
                                                By: _____
                                                    Danielle J. Williams

                                                    Attorneys for Defendants
                                                    COUNTY OF EL DORADO, MICHAEL JONES


Dated: August 30, 2022                          Respectfully Submitted,

                                                PORTER SCOTT

                                                /s/ Carl Fessenden

                                                By:_____

3

**STIPULATED PROTECTIVE ORDER RE: PROTECTED HEALTH INFORMATION**
*Henle v. County of El Dorado*, United States District Court, Eastern District of California, Case No. 2:22-cv-00596 KJM-JDP

Carl Fessenden

Attorney for Defendant
EVAN VAUGHAN

## [PROPOSED] ORDER

The parties' stipulation is GRANTED.

IT IS SO ORDERED.

Dated:   November 15, 2022          _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

4

**STIPULATED PROTECTIVE ORDER RE: PROTECTED HEALTH INFORMATION**
*Henle v. County of El Dorado*, United States District Court, Eastern District of California, Case No. 2:22-cv-00596 KJM-JDP