Robert Chalfant (State Bar No. 203051)
LAW OFFICE OF ROBERT CHALFANT
5701 Lonetree Blvd. #312
Rocklin, CA 95765
Telephone:    (916) 647-7728
Facsimile:     (916) 930-6093
Email:          robert@rchalfant.com

Attorney for Plaintiff
KELSEY HENLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELSEY HENLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF EL DORADO, DEPUTY EVAN VAUGHAN, DEPUTY MICHAEL JONES, and DOES 1 to 5,<br><br>　　　　　Defendants. | Case No.  2:22-cv-00596-KJM-JDP<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES** |

**WHEREAS** on April 4, 2022, Plaintiff KELSEY HENLE filed her Complaint for Unreasonable Seizure/Excessive Force, Bane Act, Negligence, Assault and Battery, and Intentional Infliction of Emotional Distress in this action against the COUNTY OF EL DORADO, DEPUTY EVAN VAUGHAN, DEPUTY MICHAEL JONES, DEPUTY AUSTIN RAMSEY and DOES 1 to 5.

**WHEREAS** on May 23, 2022, THE COUNTY OF EL DORADO and DEPUTY MICHAEL JONES filed an answer to Plaintiff's Complaint.

**WHEREAS** on June 23, 2022, DEPUTY EVAN VAUGHAN filed an answer to Plaintiff's Complaint.

**WHEREAS** on September 1, 2022, Plaintiff voluntarily dismissed Defendant DEPUTY AUSTIN RAMSEY without prejudice.

1     **WHEREAS** on August 25, 2022, the parties attended a Scheduling Conference with Chief District Judge Kimberly Mueller.

    **WHEREAS** on August 26, 2022, Chief District judge Mueller issued MINUTES for SCHEDULING CONFERENCE which provided that "joinder of parties or amendments shall be permitted with stipulation or leave of court for good cause shown."

    **WHEREAS** Plaintiff seeks to file her First Amended Complaint for Damages which adds two causes of action and which names three new defendants: A *Monell*-Type claim under 42 U.S.C. Section 1983 against the COUNTY OF EL DORADO; and a Supervisory Liability claim for failure to train and/or supervise against SERGEANT JEFF TUCKER, CAPTAIN EDWARD FALKENSTEIN, and UNDERSHERIFF BRYAN GOLMITZ.

    **WHEREAS** a copy of Plaintiff's First Amended Complaint is attached hereto as **Exhibit A.**

    **IT IS HEREBY STIPULATED,** by and between Plaintiff and Defendants, by and through their respective counsel, that:

1.     Plaintiff should be granted leave to amend to file her First Amended Complaint, a copy of which is attached hereto as **Exhibit "A".**

2.     Defendants' responsive pleading shall be due twenty-one (21) days after the First Amended Complaint is filed.

DATED: January 26, 2023         **LAW OFFICE OF ROBERT CHALFANT**

        By: /s/ Robert Chalfant
           ROBERT CHALFANT
           Attorney for Plaintiff
           KELSEY HENLE

DATED: January 26, 2023         **ANGELO, KILDAY & KILDUFF, LLP**

        By: /s/ Danielle J. Williams
           DERICK E. KONZ
           DANIELLE J. WILLIAMS
           Attorneys for Defendants COUNTY OF
           EL DORADO and DEPUTY MICHAEL
           JONES

DATED: January 26, 2023                    **PORTER SCOTT**

By: /s/ Carl Fessenden
    CARL FESSENDEN
    SULI MASTORAKOS
    Attorneys for Defendant EVAN
    VAUGHAN

## ORDER

The Court having reviewed the foregoing Stipulation and good cause appearing therefore:

**IT IS HEREBY ORDERED** plaintiff, KELSEY HENLE, is granted leave to amend to file her First Amended Complaint, a copy of which is attached as Exhibit "A".

**IT IS ALSO ORDERED** defendants' responsive pleading shall be due twenty-one days (21) after the First Amended Complaint is filed.

**IT IS FURTHER ORDERED** the first amended complaint is deemed filed as of the date this order is filed.

IT IS SO ORDERED.

DATED: February 6, 2023.

CHIEF UNITED STATES DISTRICT JUDGE