DERICK E. KONZ, SB No. 286902
   Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELSEY HENLE, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF EL DORADO, EVAN VAUGHAN, MICHAEL JONES, AUSTIN RAMSEY. DOES 1-5 <br><br> Defendant. | Case No.: 2:22-CV-00596-DJC-JDP <br><br> **STIPULATED REQUEST AND ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

On February 21, 2023, the parties resolved this case at a settlement conference.  ECF No. 36.  The Court issued a Minute Order requiring dispositional documents to be filed within 60 days (April 21, 2023).  Id.  The resolution has been approved by the Board of Supervisors and there are no issues with resolution of this case, however it has taken longer than expected to finalize the process and file dispositional documents. Defendants ask the Court to extend the deadline by fourteen (14) days, to May 5, 2023. Plaintiff has no objection.

    **SO STIPULATED.**

///

///

///

///

-1-
STIPULATED REQUEST AND ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS

Dated: April 21, 2023                         ANGELO, KILDAY & KILDUFF, LLP

                                              By: */s/ Derick E. Konz*
                                              _____
                                                 DERICK E. KONZ
                                                 Attorney for Defendants


Dated: April 21, 2023                         LAW OFFICE OF ROBERT CHALFANT

                                              By: */s/ Robert Chalfant* (auth. 4/21/23)
                                              _____
                                                 ROBERT CHALFANT
                                                 Attorney for Plaintiff


# ORDER

The deadline to file dispositional documents is extended to May 5, 2023.

**SO ORDERED**.

Dated: April 21, 2023              /s/ Daniel J. Calabretta
                                   _____
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE